AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ Gregory T. Murphy

| Date | Signature |

Print Name                                              Bar Number

Address

City                          State                     Zip Code

Phone Number                                            Fax Number

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Miguel Angel Gurrola-Landa

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,       )  Case No. 08MJ1883
                                     )
12 |          Plaintiff,             )
                                     )
13 | v.                              )  **CERTIFICATE OF SERVICE**
                                     )
14 | MIGUEL ANGEL GURROLA-LANDA,     )
                                     )
15 |          Defendant.             )
   |_____)

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                           U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov

21                                      Respectfully submitted,

23 DATED:      June 24, 2008           /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Miguel Angel Gurrola-Landa